# EXHIBIT A

# Demand more from your silver dressings



**smith&nephew
ACTICOAT°**
Silver-Coated
Antimicrobial Barrier

**Bactericidal activity:** Only ACTICOAT Dressings are proven bactericidal against 360+ pathogens, including 188 strains of MRSA (*in vitro*).[1-4]

**Efficacy:** In a comparative study, ACTICOAT Dressings showed a 60% resolution of the clinical signs of infection in 2 weeks.[5*]

**Cost savings:** ACTICOAT Dressings have been shown to require 33% fewer dressing changes compared with other brands.[6**]

**Wound healing:** ACTICOAT Dressings have been shown in a comparative cohort study with Biatain™ Ag, Comfeel™ Ag and Aquacel™ Ag to reduce wound healing time, healing 2X more wounds in 8 weeks.[6**]

---

**For more information or to request a free sample† of ACTICOAT Dressings, call 1-800-761-8493 or email megan.cramer@smith-nephew.com.**
Mention code: ACTICOAT-0614-F

**Or fill out the form below and fax it to 1-800-761-8494**

---

Name: _____

Title: _____

Company: _____

Phone: _____

Email: _____

When is the best time to reach you? _____

**References**
1. *In vitro* study data on file: Scientific Background #0109003 and #0107010. 2. Wright JB, et al. Efficacy of topical silver against fungal burn wound pathogens. Am J Infect Control. 1999;27:344-350. 3. Maple PA, et al. Comparison of the in-vitro activities of the topical antimicrobials azelaic acid, nitrofurazone, SSD and mupirocin against MRSA. Journal of Antimicrobial Chemotherapy. 1992;29:661-668. 4. DOF: 194-03-01 (IV 134/03/01). The in vitro activity of silver sulphadiazine and cadexomer iodine against recent clinical isolates of methicillinresistant staphylococcus aureus, methicillinresistance coagulase negative staphylococci and Pseudomonas aeruginosa. 2001, GR Micro, London, UK (independent/3rd party). 5. International consensus. Appropriate use of silver dressings in wounds. An expert working group consensus. London: Wounds International, 2012. Available from: http://www.woundsinternational.com/ 6. Gago et al. A comparison of three silver-containing dressings in the treatment of infected, chronic wounds. Wounds 2008;20(10):273-8.

†Offer available only to participants who are not current purchasers of ACTICOAT. Qualified participants must not resell or otherwise seek reimbursement for their use of free samples. Free samples are limited to the first 100 qualified respondents.

*The International Consensus Panel determined a two week period can be used to assess the efficacy of silver dressings, as measured by wound improvement. **Comparative cohort study (n=75) in mixed chronic wounds.

© 2014 Smith & Nephew, Inc., All rights reserved. ™Trademark of Smith & Nephew. Registered US Patent and Trademark Office. All trademarks acknowledged. ACME-14-1014-MCE. Call 1-800-761-8493 to opt out of future communications.